**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **INTERCALL, INC., a Delaware corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 8:13cv175** |
| **vs.** | ) ) | **ORDER SETTING SCHEDULE FOR** |
| **EXAMINATION MANAGEMENT SERVICES, INC.,** | ) ) ) | **PROGRESSION OF CASE** |
| **Defendant.** | ) ) | |

Following a conference with counsel pursuant to Fed. R. Civ. P. 16, concerning matters of importance in scheduling this case,

**IT IS ORDERED** that the provisions of the court's earlier, initial progression order remain in effect, and in addition to those provisions, the following shall apply:

1.  **Motions for Partial Summary Judgment.**   Motions for partial summary judgment shall be filed not later than **May 9, 2014**.   *See* NECivR 56.1 and 7.0.1.

2.  **Motions to Alter Dates.**  All requests for changes of deadlines shall be directed to the magistrate judge by appropriate motion.

DATED:   November 18, 2013.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**